| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Shilo Inn, Portland/205, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  93-1219948

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11707 NE Airport Way** <br> **Portland, OR 97220** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Multnomah** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Shilo Inn, Portland/205, LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Shilo Inn, Portland/205, LLC**     Case number (*if known*)
       <sub>Name</sub>

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3
Case 22-41459-BDL    Doc 1    Filed 11/09/22    Ent. 11/09/22 17:02:30    Pg. 3 of 17

Debtor  **Shilo Inn, Portland/205, LLC** _____   Case number (*if known*)_____
       Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Shilo Inn, Portland/205, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 9, 2022**
MM / DD / YYYY

X **/s/ Larry Chank**      **Larry Chank**
Signature of authorized representative of debtor     Printed name

Title **Auhtorized Representative**

**18. Signature of attorney**

X **/s/ Bryan T. Glover**     Date **November 9, 2022**
Signature of attorney for debtor     MM / DD / YYYY

**Bryan T. Glover**
Printed name

**Stoel Rives LLP**
Firm name

**600 University Street, Suite 3600**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone **(206) 624-0900**     Email address **bryan.glover@stoel.com**

**WSBA No. 51045 WA**
Bar number and State

Debtor  **Shilo Inn, Portland/205, LLC**  Case number (*if known*)
      Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **SHILO INN, BEND, LLC, et. al** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **8/13/21** | Case number, if known | **21-41340-BDL (jt admin)** |
| Debtor | **Shilo Inn, Idaho Falls, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **11/02/20** | Case number, if known | **20-42489-BDL** |
| Debtor | **SHILO INN, OCEAN SHORES, LLC et al** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **10/15/20** | Case number, if known | **20-42348-BDL (jt admin)** |

# UNANIMOUS RESOLUTION OF MEMBERS AND MANAGER AUTHORIZING CHAPTER 11 BANKRUPTCY FILING

A special meeting of the members of Shilo Inn, Portland/205, LLC, an Oregon limited liability company (the "Company") was held on November 9, 2022, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

> RESOLVED, that Larry Chank, or his designee ("Chank"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case
>
> FURTHER RESOLVED, that as the Designated Officer, Chank is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that as the Designated Officer, Chank is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Chank deems appropriate for the Company;
>
> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") may be retained as lead bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as lead bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that the law firm of Stoel Rives LLP ("SR") may be retained as local bankruptcy counsel to the Company for purposes of assisting LNBYG with the

Chapter 11 bankruptcy case for the Company and assisting LNBYG with representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ SR as local bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case.

Dated: November 9, 2022

By: *Mark L. Hemstreet* (signature)
Mark Hemstreet
Member holding 99% membership interests


By: Portland/205 Hotel (2) Corp., an Oregon Corporation
Manager and Member holding 1% membership interests

By: *Mark L. Hemstreet* (signature)
Mark S. Hemstreet, President, Secretary, Director
*(See corporate resolution adopted by the corporation)*

# UNANIMOUS RESOLUTION OF SOLE SHAREHOLDER AND THE BOARD OF DIRECTORS OF PORTLAND/205 HOTEL (2) CORP.

A special meeting of the sole shareholder and board of directors of Portland/205 Hotel (2) Corp., an Oregon corporation (the "Corporation") was held on November 9, 2022, at which the following resolution was duly enacted, and the same remains in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

WHEREAS, the Corporation is the manager and a member of Shilo Inn, Portland/205, LLC, an Oregon limited liability company (the "Company").

WHEREAS, the Company has a loan secured by certain real property located at 11707 NE Airport Way, Portland, OR 97220.

WHEREAS, the lender on the loan has a pending foreclosure sale scheduled with regards to the property and the loan.

RESOLVED, that the Corporation in its capacity as manager and as a member of the Company hereby authorizes the Company to file for bankruptcy protection under the United States Bankruptcy Code.

FURTHER RESOLVED, the Company is authorized to adopt any further resolutions and take all further necessary actions to file for bankruptcy protection.

Dated: November 9, 2022

By: Portland/205 Hotel (2) Corp., an Oregon Corporation

By: *Mark S. Hemstreet* (signature)
Mark S. Hemstreet
President, Secretary, Director, Sole Shareholder

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Shilo Inn, Portland/205, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Portland Transient Tax PO Box 4216 Portland, OR 97208-4216 | (503) 865-2857 | | | | | $72,577.05 |
| City of Portland PO Box 4216 Portland, OR 97208-4216 | (503) 823-7770 | | | | | $46,731.19 |
| City of Portland PO Box 4216 Portland, OR 97208-4216 | (503) 823-7770 | | | | | $6,660.15 |
| ECOLAB PO BOX 100512 Pasadena, CA 91189-0512 | (800) 352-5326 | | | | | $12,041.21 |
| En Pointe Technologies Sales PO Box 740545 Los Angeles, CA 90074-0545 | (310) 337-5200 | | | | | $752.24 |
| NW Natural PO Box 6017 Portland, OR 97228-6017 | (503) 721-2512 | | | | | $3,309.54 |
| Recology Portland PO Box 515830 Los Angeles, CA 90051-3130 | (503) 283-2015 | | | | | $1,169.35 |
| State of Oregon Lodging Tax PO Box 14110 Oregon Department of Revenue Salem, OR 97309-0910 | (503) 945-8120 | | | | | $2,213.34 |

| Debtor | Shilo Inn, Portland/205, LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TK Elevator Corporation PO Box 3796 Carol Stream, IL 60132-3796 | (503) 255-0079 | | | | | $4,012.80 |

**Fill in this information to identify the case:**

Debtor name: __Shilo Inn, Portland/205, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 9, 2022__   X __/s/ Larry Chank__
Signature of individual signing on behalf of debtor

**Larry Chank**
Printed name

**Auhtorized Representative**
Position or relationship to debtor

Official Form 202           Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## Western District of Washington

In re  **Shilo Inn, Portland/205, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Hemstreet**<br>11707 Ne Airport Way<br>Portland, OR 97220 | **Membership** | **99%** | |
| **Portland/205 Hotel (2) Corp.**<br>11707 Ne Airport Way<br>Portland, OR 97220 | **Membership** | **1%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Auhtorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 9, 2022**

Signature  **/s/ Larry Chank**  
**Larry Chank**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re **Shilo Inn, Portland/205, LLC**　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Auhtorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**November 9, 2022**　　　　　　　　　**/s/ Larry Chank**
　　　　　　　　　　　　　　　　　　　　　　　**Larry Chank/Auhtorized Representative**
　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

```
CITY OF PORTLAND
PO BOX 4216
PORTLAND, OR 97208-4216


CITY OF PORTLAND
TRANSIENT TAX
PO BOX 4216
PORTLAND, OR 97208-4216


ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


EN POINTE TECHNOLOGIES SALES
PO BOX 740545
LOS ANGELES, CA 90074-0545


INTERNAL REVENUE SERVICE
P.O. BOX 802501
CINCINNATI, OH 45280-2501


MARK S. HEMSTREET
11707 NORTH EAST AIRPORT WAY
PORTLAND, OR 97220


MONROY'S SERVICES LLC
18909 SE GRANT ST.
PORTLAND, OR 97233


MULTNOMAH COUNTY OREGON ASSESS
PO BOX 2716
PORTLAND, OR 97208-2716


NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017


OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE, WA 98104


RECOLOGY PORTLAND
PO BOX 515830
LOS ANGELES, CA 90051-3130
```

SERENE INVESTMENT MANAGEMENT,
C/O VADIM RUBINSTEIN, ESQ.
LOEB & LOEB
345 PARK AVE
NEW YORK, NY 10154


SHILO FRANCHISE CORP
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SHILO MANAGEMENT CORPORATION
11707 NE AIRPORT WAY
PORTLAND, OR 97220


STATE OF OREGON
LODGING TAX
PO BOX 14110
OREGON DEPARTMENT OF REVENUE
SALEM, OR 97309-0910


TK ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132-3796


U.S. ATTORNEY'S OFFICE
ATTN: BANKRUPTCY ASSISTANT
U.S. COURTHOUSE
700 STEWART ST., ROOM 5220
SEATTLE, WA 98101

# United States Bankruptcy Court
## Western District of Washington

In re __Shilo Inn, Portland/205, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Shilo Inn, Portland/205, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 9, 2022__  
Date

/s/ Bryan T. Glover  
**Bryan T. Glover**  
Signature of Attorney or Litigant  
Counsel for __Shilo Inn, Portland/205, LLC__  
**Stoel Rives LLP**  
**600 University Street, Suite 3600**  
**Seattle, WA 98101**  
**(206) 624-0900**  
**bryan.glover@stoel.com**