**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2022** X [signature]
Signature of individual signing on behalf of debtor

**Larry Chank**
Printed name

**Authorized Representative**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals **12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **24,500,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **1,357,072.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **25,857,072.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **17,364,478.86** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **2,213.34** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **147,253.53** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **17,513,945.73** |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) / Type of account / Last 4 digits of account number | |
| 4. **Other cash equivalents** *(Identify all)* | |
| 4.1. **Bank account** | **$2,800.00** |

5. **Total of Part 1.** **$2,800.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **89,915.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$89,915.00**

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$89,915.00**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2 hotel vans** | **$0.00** | **Comparable sale** | **$14,200.00** |
| 47.2. | **Hotel golf cart (1999)** | **$0.00** | **Comparable sale** | **$1,400.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Furnishings and equipment used for business operations** | **$0.00** | **Replacement** | **$1,248,757.00** |

51. **Total of Part 8.** **$1,264,357.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Shilo Inn Suites Hotel located at 11707 Ne Airport Way , Portland, Oregon 97220** | **100% owned** | **$0.00** | **Replacement** | **$24,500,000.00** |

56. **Total of Part 9.** **$24,500,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,800.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$89,915.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,264,357.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | **$24,500,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,357,072.00** | + 91b. **$24,500,000.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$25,857,072.00**

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Multnomah County Oregon Assess**
Creditor's Name

**PO Box 2716**
**Portland, OR 97208-2716**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Serene Investment Management,**
**2. Multnomah County Oregon Assess**

**Describe debtor's property that is subject to a lien**
**Shilo Inn Suites Hotel located at 11707 Ne Airport Way , Portland, Oregon 97220**

**Describe the lien**
**property taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$249,478.86** Column B: **$24,500,000.00**

**2.2 Serene Investment Management,**
Creditor's Name

**c/o Vadim Rubinstein, Esq.**
**Loeb & Loeb**
**345 Park Ave**
**New York, NY 10154**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Shilo Inn Suites Hotel located at 11707 Ne Airport Way , Portland, Oregon 97220**

**Describe the lien**
**First lien on properrty**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Column A: **$16,500,000.00** Column B: **$24,500,000.00**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.3 **Small Business Administration**
Creditor's Name
**Office of Disaster Assistance**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/22/20**
**Last 4 digits of account number**
**7201**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Small Business Administration**
**2. Small Business Administration**

**Describe debtor's property that is subject to a lien**
**Furnishings and equipment used for business operations**

**Describe the lien**
**EIDL Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$115,000.00** **$1,248,757.00**

---

2.4 **Small Business Administration**
Creditor's Name
**Office of Disaster Assistance**
**14925 Kingsport Rd.**
**Fort Worth, TX 79155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/29/2021**
**Last 4 digits of account number**
**9102**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Furnishings and equipment used for business operations**

**Describe the lien**
**EIDL Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$500,000.00** **$1,248,757.00**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$17,364,478.86**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 802501**<br>**Cincinnati, OH 45280-2501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of Oregon**<br>**Lodging Tax**<br>**PO Box 14110**<br>**Oregon Department of Revenue**<br>**Salem, OR 97309-0910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,213.34** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5217**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**City of Portland**
**PO Box 4216**
**Portland, OR 97208-4216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6600

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

**$46,731.19**

---

**3.2** **Nonpriority creditor's name and mailing address**
**City of Portland**
**PO Box 4216**
**Portland, OR 97208-4216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1700

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

**$6,660.15**

---

**3.3** **Nonpriority creditor's name and mailing address**
**City of Portland**
**Transient Tax**
**PO Box 4216**
**Portland, OR 97208-4216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

**$72,577.05**

---

**3.4** **Nonpriority creditor's name and mailing address**
**ECOLAB**
**PO BOX 100512**
**Pasadena, CA 91189-0512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$12,041.21**

---

**3.5** **Nonpriority creditor's name and mailing address**
**En Pointe Technologies Sales**
**PO Box 740545**
**Los Angeles, CA 90074-0545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$752.24**

---

**3.6** **Nonpriority creditor's name and mailing address**
**NW Natural**
**PO Box 6017**
**Portland, OR 97228-6017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$3,309.54**

---

**3.7** **Nonpriority creditor's name and mailing address**
**Pacific Power**
**PO Box 26000**
**Portland, OR 97256-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.8 | **Recology Portland**<br>**PO Box 515830**<br>**Los Angeles, CA 90051-3130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utility<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,169.35** |
| 3.9 | **Shilo Franchise Corp**<br>**11707 NE Airport Way**<br>**Portland, OR 97220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** franchise fees<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Shilo Management Corporation**<br>**11707 NE Airport Way**<br>**Portland, OR 97220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Management fees<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **TK Elevator Corporation**<br>**PO Box 3796**<br>**Carol Stream, IL 60132-3796**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,012.80** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,213.34 |
| **5b. Total claims from Part 2** | 5b. + | $ 147,253.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 149,466.87 |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Portland Restaurant Lease through 7/31/2031 plus 1 renewal option for 5 years. From September 1, 2021 through July 31, 2023, rent is $3,500.00 Base Rent or 4% of Gross Sales, whichever is greater, plus 39% of Gaming Revenue** | **Monroy's Services LLC**<br>**18909 SE Grant St.**<br>**Portland, OR 97233** |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mark S. Hemstreet** | **11707 North East Airport Way<br>Portland, OR 97220** | **Serene Investment Management,** | ■ D **2.2**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Portland/205, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **22-41459-BDL**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,058,046.55** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$2,084,000.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$1,908,747.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment hereto** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene Neale Bender Yoo & Golubchik<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034** | | **11/8/22 - $6,738.00<br>11/9/22 - $5,000.00** | **$11,738.00** |
| | **Email or website address**<br>**www.lnbyg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101** | | **11/8/22 - $5,000.00<br>11/9/22 - $10,000.00** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Shilo Management Corp.**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | **From inception to present** |
| 26a.2. | **Taskar Kibbee & Associates PC**<br>**Attn: Christoper Campbell**<br>**4900 SW Griffith Dr Ste 269**<br>**Beaverton, OR 97005** | **ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | **Shilo Management Corp.**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Larry Chank** | **11707 NE Airport Way<br>Portland, OR 97220** | **Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Hemstreet** | **11707 NE Airport Way<br>Portland, OR 97220** | | **99%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Shilo Inn, Portland/205, LLC** Case number *(if known)* **22-41459-BDL**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 23, 2022**

Signature of individual signing on behalf of the debtor

**Larry Chank**
Printed name

Position or relationship to debtor **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**3.1 ATTACHMENT**



**Check/Payment Register Report (BK3030)**

| | |
|---|---|
| **From Bank Code** | [CHSE3368] To [CHSE3368] |
| **From Payment Date** | [8/1/2022] To [11/9/2022] |
| **From Application** | [ ] To [ZZ] |
| **Print** | [Details] |
| **Sort by** | [Payment Number] |
| **Print Missing Check Numbers** | [Yes] |
| **Select Payment Type** | [All, Check, EFT, Cash, Credit Card, Transfer, Service Charge, Other] |
| **Include Reconciliation Status** | [Cleared, Outstanding, Alignment, Non-Negotiable, Continuation, Not Posted, Printed] |

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| **Bank:** CHSE3368 - Chase PDX/205 Hotel | | | | | | | |
| **Payment Type:** Check | | | | | | | |
| 100000 | 10/31/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 23,291.69 |
| | | | | | | **Total for Payment Type:** | 23,291.69 |
| **Payment Type:** Other | | | | | | | |
| PY00010040 | 10/27/2022 | AP | OS | No | 31420 | CITY OF PORTLAND - Acct #2985086600 | 3,000.00 |
| PY00010041 | 10/27/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 650.00 |
| PY00010042 | 10/27/2022 | AP | OS | No | 35480 | MUTUAL OF ENUMCLAW INSURANCE | 6,165.20 |
| PY00010130 | 11/4/2022 | AP | OS | No | 17980 | GUEST SUPPLY | 4,472.96 |
| PY00010131 | 11/3/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 826.45 |
| PY00010164 | 11/8/2022 | AP | OS | No | 23940 | RECOLOGY PORTLAND | 71.81 |
| | | | | | | **Total for Payment Type:** | 15,186.42 |
| | | | | | | **Total for Bank:** | 38,478.11 |

**Reconciliation Status Legend:**

| | | | |
|---|---|---|---|
| *NP: Not Posted* | *PR: Printed* | *NN: Non-negotiable* | *CW: Cleared with Write-Off* |
| *CO: Continuation* | *RV: Reversed* | *CL: Cleared* | *CB: Cleared with Bank Error* |
| *VD: Void* | *OS: Outstanding* | *AL: Alignment* | |

**3.1 ATTACHMENT**

**Check/Payment Register Report (BK3030)**

**From Bank Code** [CHSE3817] To [CHSE3817]
**From Payment Date** [8/1/2022] To [11/9/2022]
**From Application** [ ] To [ZZ]
**Print** [Details]
**Sort by** [Payment Number]
**Print Missing Check Numbers** [Yes]
**Select Payment Type** [All, Check, EFT, Cash, Credit Card, Transfer, Service Charge, Other]
**Include Reconciliation Status** [Cleared, Outstanding, Alignment, Non-Negotiable, Continuation, Not Posted, Printed]

**Bank:** CHSE3817 - Chase PDX Hotel - Do not use

**Payment Type:** Check

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| 100347 | 8/4/2022 | AP | OS | No | 32300 | WORLD CINEMA INC - Acct #S5195 POR | 1,904.00 |
| 100348 | 8/5/2022 | AP | OS | No | 27320 | TASKAR KIBBEE & ASSOCIATES PC | 2,720.00 |
| 100349 | 8/8/2022 | AP | OS | No | 29360 | VENUS GROUP INC | 3,410.04 |
| 100350 | 8/10/2022 | AP | OS | No | 18080 | HAULAWAY STORAGE CONTAINERS, INC | 378.00 |
| 100351 | 8/10/2022 | AP | OS | No | 19180 | JOSEPH'S LANDSCAPE MAINTENANCE, LLC | 2,050.00 |
| 100352 | 8/11/2022 | AP | OS | No | 16180 | ECOLAB | 1,246.08 |
| 100353 | 8/15/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 15,000.00 |
| 100354 | 8/23/2022 | AP | OS | No | 34320 | OREGON PATROL SERVICE | 1,124.00 |
| 100355 | 8/23/2022 | AP | OS | No | 23380 | PORT OF PORTLAND | 1,030.50 |
| 100356 | 8/23/2022 | AP | OS | No | 20220 | LODGING SUPPLY | 3,085.00 |
| 100357 | 8/25/2022 | AP | OS | No | 26040 | SPRAGUE PEST CONTROL SPECIALISTS | 200.00 |
| 100358 | 8/25/2022 | AP | OS | No | 32160 | Sojern Inc. | 89.91 |
| 100359 | 8/29/2022 | AP | OS | No | 16180 | ECOLAB | 295.86 |
| 100360 | 8/30/2022 | AP | OS | No | 17560 | GILBERTO LOPEZ MUNOZ | 190.44 |
| 100361 | 8/30/2022 | AP | OS | No | 22860 | PAM URBEN | 237.15 |
| 100362 | 8/31/2022 | AP | OS | No | 32560 | SCEPTRE HOSPITALITY RESOURCES, INC - Acct #POR-97220 | 842.75 |
| 100363 | 8/31/2022 | AP | OS | No | 15060 | COMMTRAK | 11.90 |
| 100364 | 8/31/2022 | AP | OS | No | 18380 | TA CONNECTIONS DE, LLC | 3,034.50 |
| 100365 | 8/31/2022 | AP | OS | No | 33740 | TA CONNECTIONS | 308.70 |
| 100366 | 9/1/2022 | AP | OS | No | 32300 | WORLD CINEMA INC - Acct #S5195 POR | 1,904.00 |
| 100367 | 9/6/2022 | AP | OS | No | 29360 | VENUS GROUP INC | 2,069.98 |
| 100368 | 9/8/2022 | AP | OS | No | 16180 | ECOLAB | 319.38 |
| 100369 | 9/12/2022 | AP | OS | No | 16180 | ECOLAB | 3,067.34 |
| 100370 | 9/12/2022 | AP | OS | No | 26040 | SPRAGUE PEST CONTROL SPECIALISTS | 200.00 |
| 100371 | 9/13/2022 | AP | OS | No | 19800 | LES SCHWAB TIRE CENTER OF PORTLAND | 1,029.79 |

**Check/Payment Register Report (BK3030)**

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| 100372 | 9/13/2022 | AP | OS | No | 19180 | JOSEPH'S LANDSCAPE MAINTENANCE, LLC | 2,050.00 |
| 100373 | 9/13/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 15,000.00 |
| 100374 | 9/21/2022 | AP | OS | No | 16180 | ECOLAB | 1,045.24 |
| 100375 | 9/21/2022 | AP | OS | No | 10200 | ABC FIRE EXTINGUISHER INC | 1,106.00 |
| 100376 | 9/21/2022 | AP | OS | No | 35660 | TERRY LAWRENCE | 758.18 |
| 100377 | 9/22/2022 | AP | OS | No | 32160 | Sojern Inc. | 59.18 |
| 100378 | 9/22/2022 | AP | OS | No | 34320 | OREGON PATROL SERVICE | 1,124.00 |
| 100379 | 9/22/2022 | AP | OS | No | 18080 | HAULAWAY STORAGE CONTAINERS, INC | 126.00 |
| 100380 | 9/27/2022 | AP | OS | No | 23380 | PORT OF PORTLAND | 958.50 |
| 100381 | 9/28/2022 | AP | OS | No | 32560 | SCEPTRE HOSPITALITY RESOURCES, INC - Acct #POR-97220 | 872.54 |
| 100382 | 9/30/2022 | AP | OS | No | 18380 | TA CONNECTIONS DE, LLC | 2,626.50 |
| 100383 | 9/30/2022 | AP | OS | No | 33740 | TA CONNECTIONS | 138.60 |
| 100384 | 10/3/2022 | AP | OS | No | 32300 | WORLD CINEMA INC - Acct #S5195 POR | 1,904.00 |
| 100385 is missing | | | | | | | |
| 100386 | 10/7/2022 | AP | OS | No | 16180 | ECOLAB | 319.38 |
| 100387 | 10/14/2022 | AP | OS | No | 35820 | SUPERIOR ENTERPRISES LLC | 21,577.50 |
| 100388 | 10/18/2022 | AP | OS | No | 19180 | JOSEPH'S LANDSCAPE MAINTENANCE, LLC | 2,050.00 |
| 100389 | 10/21/2022 | AP | OS | No | 34320 | OREGON PATROL SERVICE | 1,124.00 |
| | | | | | | **Total for Payment Type:** | 98,588.94 |

**Payment Type:** Cash

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| TR0000000000000004591 | 8/8/2022 | BK | NP | No | | AMEX | 160.80 |
| TR0000000000000004616 | 8/9/2022 | BK | NP | No | | AMEX | 182.43 |
| TR0000000000000004896 | 8/16/2022 | BK | OS | No | | BANKCARD | 149.97 |
| TR0000000000000004937 | 8/18/2022 | BK | OS | No | | BANKCARD | 487.24 |
| TR0000000000000004938 | 8/18/2022 | BK | OS | No | | BANKCARD | 453.62 |
| TR0000000000000004955 | 8/19/2022 | BK | OS | No | | BANKCARD | 365.43 |
| TR0000000000000005030 | 8/22/2022 | BK | NP | No | | BANKCARD | 76.05 |
| TR0000000000000005031 | 8/22/2022 | BK | NP | No | | BANKCARD | 99.25 |
| TR0000000000000005170 | 8/29/2022 | BK | NP | No | | BANKCARD | 70.00 |
| TR0000000000000005311 | 9/6/2022 | BK | NP | No | | AMEX | 77.41 |
| TR0000000000000005350 | 9/7/2022 | BK | NP | No | | DEPOSIT | 40.00 |
| TR0000000000000005702 | 9/28/2022 | BK | NP | No | | AMEX | 166.00 |
| TR0000000000000005718 | 9/29/2022 | BK | NP | No | | BANKCARD | 243.36 |
| TR0000000000000005812 | 10/4/2022 | BK | NP | No | | CORR RE YESTERDAY | 118.69 |
| TR0000000000000005977 | 10/17/2022 | BK | NP | No | | BANKCARD | 73.09 |
| TR0000000000000006216 | 10/25/2022 | BK | NP | No | | BANKCARD | 23.06 |

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total for Payment Type:** | 2,786.40 |
| **Payment Type:** Other | | | | | | | |
| PY00008775 | 8/4/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 809.57 |
| PY00008805 | 8/11/2022 | AP | OS | No | 21620 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2896 | 678.02 |
| PY00008806 | 8/11/2022 | AP | OS | No | 21600 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2821 | 678.02 |
| PY00008807 | 8/11/2022 | AP | OS | No | 13420 | CENTURYLINK - Acct #5432 POR | 270.85 |
| PY00008808 | 8/11/2022 | AP | OS | No | 14980 | COMCAST | 1,255.00 |
| PY00008877 | 8/5/2022 | AP | OS | No | 25740 | SKYTOUCH INTERNATIONAL, INC | 800.00 |
| PY00008903 | 8/16/2022 | AP | OS | No | 21820 | NW NATURAL | 1,625.63 |
| PY00008904 | 8/16/2022 | AP | OS | No | 21820 | NW NATURAL | 1,313.75 |
| PY00008976 | 8/19/2022 | AP | OS | No | 31420 | CITY OF PORTLAND - Acct #2985086600 | 9,591.59 |
| PY00008977 | 8/19/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 5,122.02 |
| PY00008985 | 8/19/2022 | AP | OS | No | 30940 | CENTURYLINK - Acct #1199 POR | 607.13 |
| PY00008986 | 8/19/2022 | AP | OS | No | 13340 | CENTURYLINK - Acct #4212 POR | 655.51 |
| PY00008987 | 8/19/2022 | AP | OS | No | 13360 | CENTURYLINK - Acct #8355 POR | 426.42 |
| PY00008994 | 8/19/2022 | AP | OS | No | 16680 | EXPEDIA INC | 2,649.39 |
| PY00009082 | 8/22/2022 | AP | OS | No | 15980 | DORMAKABA/SAFLOK | 340.65 |
| PY00009087 | 8/2/2022 | AP | OS | No | 17760 | GRAVITY PAYMENTS | 4,171.71 |
| PY00009099 | 8/23/2022 | AP | OS | No | 35480 | MUTUAL OF ENUMCLAW INSURANCE | 12,315.40 |
| PY00009109 | 8/24/2022 | AP | OS | No | 11900 | BOOKING.COM B.V. | 6,826.00 |
| PY00009118 | 8/24/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 1,492.87 |
| PY00009171 | 8/29/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 650.00 |
| PY00009172 | 8/29/2022 | AP | OS | No | 31420 | CITY OF PORTLAND - Acct #2985086600 | 3,000.00 |
| PY00009176 | 8/26/2022 | AP | OS | No | 22780 | PACIFIC POWER - Acct #073282020012 POR | 1,421.58 |
| PY00009194 | 8/25/2022 | AP | OS | No | 17980 | GUEST SUPPLY | 1,694.62 |
| PY00009259 | 9/1/2022 | AP | OS | No | 25740 | SKYTOUCH INTERNATIONAL, INC | 800.00 |
| PY00009276 | 8/31/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 24,820.38 |
| PY00009313 | 9/2/2022 | AP | OS | No | 17760 | GRAVITY PAYMENTS | 3,991.34 |
| PY00009324 | 8/31/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 24,820.38 |
| PY00009371 | 9/6/2022 | AP | OS | No | 23940 | RECOLOGY PORTLAND | 2,123.27 |
| PY00009382 | 9/6/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 526.03 |
| PY00009404 | 9/13/2022 | AP | OS | No | 21600 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2821 | 678.02 |
| PY00009405 | 9/13/2022 | AP | OS | No | 21620 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2896 | 678.02 |
| PY00009406 | 9/13/2022 | AP | OS | No | 14980 | COMCAST | 1,255.00 |
| PY00009407 | 9/13/2022 | AP | OS | No | 22760 | PACIFIC POWER - Acct #962203930012 SEA | 3,557.46 |
| PY00009428 | 9/14/2022 | AP | OS | No | 21820 | NW NATURAL | 1,526.90 |

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| PY00009429 | 9/14/2022 | AP | OS | No | 21820 | NW NATURAL | 1,297.45 |
| PY00009514 | 9/21/2022 | AP | OS | No | 14380 | CITY OF PORTLAND - Acct #2991970700 | 3,994.90 |
| PY00009515 | 9/21/2022 | AP | OS | No | 31440 | CITY OF PORTLAND - Acct #2986881700 | 489.61 |
| PY00009516 | 9/21/2022 | AP | OS | No | 31420 | CITY OF PORTLAND - Acct #2985086600 | 10,601.23 |
| PY00009517 | 9/21/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 6,481.44 |
| PY00009518 | 9/21/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 1,042.24 |
| PY00009521 | 9/21/2022 | AP | OS | No | 13340 | CENTURYLINK - Acct #4212 POR | 654.91 |
| PY00009526 | 9/21/2022 | AP | OS | No | 13360 | CENTURYLINK - Acct #8355 POR | 522.50 |
| PY00009527 | 9/21/2022 | AP | OS | No | 30940 | CENTURYLINK - Acct #1199 POR | 596.75 |
| PY00009541 | 9/19/2022 | AP | OS | No | 16680 | EXPEDIA INC | 1,262.40 |
| PY00009686 | 9/22/2022 | AP | OS | No | 11900 | BOOKING.COM B.V. | 5,736.38 |
| PY00009696 | 9/27/2022 | AP | OS | No | 13420 | CENTURYLINK - Acct #5432 POR | 270.85 |
| PY00009701 | 9/27/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 1,093.79 |
| PY00009702 | 9/27/2022 | AP | OS | No | 22780 | PACIFIC POWER - Acct #073282020012 POR | 6,808.21 |
| PY00009704 | 9/28/2022 | AP | OS | No | 23940 | RECOLOGY PORTLAND | 71.81 |
| PY00009706 | 9/29/2022 | AP | OS | No | 14360 | CITY OF PORTLAND - TRANSIENT TAX | 21,506.86 |
| PY00009708 | 9/29/2022 | AP | OS | No | 31420 | CITY OF PORTLAND - Acct #2985086600 | 3,000.00 |
| PY00009709 | 9/29/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 650.00 |
| PY00009712 | 9/29/2022 | AP | OS | No | 35480 | MUTUAL OF ENUMCLAW INSURANCE | 6,165.20 |
| PY00009739 | 9/29/2022 | AP | OS | No | 23940 | RECOLOGY PORTLAND | 1,025.73 |
| PY00009804 | 10/6/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 1,459.48 |
| PY00009805 | 10/6/2022 | AP | OS | No | 17980 | GUEST SUPPLY | 817.52 |
| PY00009855 | 10/4/2022 | AP | OS | No | 17760 | GRAVITY PAYMENTS | 4,047.91 |
| PY00009896 | 10/12/2022 | AP | OS | No | 27140 | SYSCO PORTLAND - Acct #421941 POR | 345.82 |
| PY00009900 | 10/13/2022 | AP | OS | No | 21620 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2896 | 678.02 |
| PY00009901 | 10/13/2022 | AP | OS | No | 21600 | NISSAN MOTOR ACCEPTANCE CORPORATION - Vin #2821 | 678.02 |
| PY00009903 | 10/14/2022 | AP | OS | No | 13360 | CENTURYLINK - Acct #8355 POR | 484.77 |
| PY00009904 | 10/14/2022 | AP | OS | No | 13340 | CENTURYLINK - Acct #4212 POR | 654.91 |
| PY00009905 | 10/14/2022 | AP | OS | No | 30940 | CENTURYLINK - Acct #1199 POR | 614.78 |
| PY00009906 | 10/14/2022 | AP | OS | No | 13420 | CENTURYLINK - Acct #5432 POR | 300.85 |
| PY00009908 | 10/14/2022 | AP | OS | No | 14980 | COMCAST | 1,255.00 |
| PY00009912 | 10/18/2022 | AP | OS | No | 21820 | NW NATURAL | 81.90 |
| PY00009913 | 10/18/2022 | AP | OS | No | 21820 | NW NATURAL | 1,305.11 |
| PY00009914 | 10/18/2022 | AP | OS | No | 21820 | NW NATURAL | 1,754.41 |
| PY00009928 | 10/21/2022 | AP | OS | No | 31400 | CITY OF PORTLAND - Rest Acct #2978026900 | 13,134.26 |
| PY00009933 | 10/25/2022 | AP | OS | No | 11900 | BOOKING.COM B.V. | 6,682.92 |
| PY00010031 | 10/19/2022 | AP | OS | No | 16680 | EXPEDIA INC | 824.32 |

**Check/Payment Register Report (BK3030)**

| Payment Number | Payment/ Reversal Date | Srce. Appl. | Rec. Status | Rec. Posted | Vendor/Payee Code | Payee Name | Bank Payment Amount |
|---|---|---|---|---|---|---|---|
| PY00010327 | 10/31/2022 | AP | OS | No | 26440 | STATE OF OREGON LODGING TAX - Acct #L45217 | 6,709.56 |
| PY00010348 | 10/21/2022 | AP | OS | No | 36000 | SBA EIDL Loan #3432877201 | 561.00 |
| | | | | | | **Total for Payment Type:** | 238,835.35 |
| | | | | | | **Total for Bank:** | 340,210.69 |

**Reconciliation Status Legend:**

*NP: Not Posted* *PR: Printed* *NN: Non-negotiable* *CW: Cleared with Write-Off*
*CO: Continuation* *RV: Reversed* *CL: Cleared* *CB: Cleared with Bank Error*
*VD: Void* *OS: Outstanding* *AL: Alignment*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re **Shilo Inn, Portland/205, LLC** Debtor(s)

Case No. **22-41459-BDL**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **51,739.00** |
| Prior to the filing of this statement I have received | $ | **11,739.00** |
| Balance Due | $ | **40,000.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☐ Debtor ■ Other (specify): **Shilo Management Corp as capital contribution to make payments in excess of the initial $11,739 paid by Debtor**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2022**
*Date*

**/s/ David B. Golubchik**
**David B. Golubchik**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Golbuchik L.L.P**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
*Name of law firm*

**United States Bankruptcy Court**
**Western District of Washington**

In re **Shilo Inn, Portland/205, LLC**

Debtor(s)

Case No. **22-41459-BDL**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 23, 2022**

**Larry Chank/Authorized Representative**
Signer/Title

CITY OF PORTLAND
PO BOX 4216
PORTLAND, OR 97208-4216

CITY OF PORTLAND
TRANSIENT TAX
PO BOX 4216
PORTLAND, OR 97208-4216

ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512

EN POINTE TECHNOLOGIES SALES
PO BOX 740545
LOS ANGELES, CA 90074-0545

INTERNAL REVENUE SERVICE
P.O. BOX 802501
CINCINNATI, OH 45280-2501

MARK S. HEMSTREET
11707 NORTH EAST AIRPORT WAY
PORTLAND, OR 97220

MONROY'S SERVICES LLC
18909 SE GRANT ST.
PORTLAND, OR 97233

MULTNOMAH COUNTY OREGON ASSESS
PO BOX 2716
PORTLAND, OR 97208-2716

NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017

OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE, WA 98104

PACIFIC POWER
PO BOX 26000
PORTLAND, OR 97256-0001

RECOLOGY PORTLAND
PO BOX 515830
LOS ANGELES, CA 90051-3130

SERENE INVESTMENT MANAGEMENT,
C/O VADIM RUBINSTEIN, ESQ.
LOEB & LOEB
345 PARK AVE
NEW YORK, NY 10154

SHILO FRANCHISE CORP
11707 NE AIRPORT WAY
PORTLAND, OR 97220

SHILO MANAGEMENT CORPORATION
11707 NE AIRPORT WAY
PORTLAND, OR 97220

SMALL BUSINESS ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT RD.
FORT WORTH, TX 76155

SMALL BUSINESS ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT RD.
FORT WORTH, TX 79155

STATE OF OREGON
LODGING TAX
PO BOX 14110
OREGON DEPARTMENT OF REVENUE
SALEM, OR 97309-0910

TK ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132-3796

U.S. ATTORNEY'S OFFICE
ATTN: BANKRUPTCY ASSISTANT
U.S. COURTHOUSE
700 STEWART ST., ROOM 5220
SEATTLE, WA 98101